# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDOLPH YOUNG, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | No. 09-2834 |

## **ORDER**

AND NOW, this 26th day of May, 2010, upon careful and independent consideration of Plaintiff Randolph Young's Request for Review, it is hereby ORDERED as follows:

(1) Plaintiff's Motion (Doc No. 7) is GRANTED;

(2) The case is remanded for further administrative proceedings not inconsistent with this opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

(3) The clerk shall marked this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

A:\Young v. Astrue, 09-2834 - Order SS Appeal.wpd